**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-1266**

———————

ROY W. TEAGUE, d/b/a Myers/Chavis Con-
tractors, a resident of Cumberland County,

Plaintiff - Appellant,

and

GARY L. CHAVIS, d/b/a Myers/Chavis Utility
Contractors, a resident of Davidson County,

Plaintiff,

versus

TIME WARNER ENTERTAINMENT COMPANY, L.P., a
Delaware corporation; TIME WARNER CABLE, AN
ADVANCED NEWHOUSE PARTNERSHIP CORPORATION, a
Delaware corporation,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern Dis-
trict of North Carolina, at Raleigh. James C. Fox, District Judge.
(CA-98-510-5-F)

———————

Submitted: April 15, 1999          Decided: April 23, 1999

———————

Before NIEMEYER and HAMILTON,[*] Circuit Judges, and PHILLIPS, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Roy W. Teague, Appellant Pro Se. Reid L. Phillips, BROOKS, PIERCE, MCLENDON, HUMPHREY & LEONARD, Greensboro, North Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Roy Teague appeals the district court's order denying his motion to set aside the summary judgment order in favor of Defendants. We have reviewed the record and the district court's order and find no reversible error. Accordingly, we affirm the district court's order. See Teague v. Time Warner, No. CA-98-510-5-F (E.D.N.C. Feb. 4, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Judge Hamilton did not participate in consideration of this case. The opinion is filed by a quorum of the panel pursuant to 28 U.S.C. § 46(d) (1994).

2